**SCHIEFFELIN & COMPANY, Inc.,**
Objecting Creditor-Appellant,

v.

**Mandel HEROLD, Debtor-Appellee.**
No. 275, Docket 23493.

United States Court of Appeals
Second Circuit.

Argued April 15, 1955.
Decided May 12, 1955.

Staley, Circuit Judge, dissented.

Sibyl C. Welling, New York City, for appellant.

Edward S. Friedland, New York City, for appellee.

Before FRANK, MEDINA and STALEY, Circuit Judges.

PER CURIAM.

Affirmed. Raphiel v. Morris Plan Industrial Bank of New York, 2 Cir., 146 F.2d 340.

STALEY, Circuit Judge (dissenting).

I think the decision in Raphiel v. Morris Plan Industrial Bank of New York, 2 Cir., 1944, 146 F.2d 340 which specifically overruled In re Lesser, 2 Cir., 1916, 234 F. 65, was wrongly decided. I would reverse for the reasons given in In re Lesser.